In the Matter of Proving the Will of PLATT S. LYON, Deceased.

(Argued June 10, 1886 ; decided June 25, 1886.)

*A. P. Smith* for appellant.

*D. P. Hodson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.